IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JAMES WILLIAMS,

    Petitioner,                    No. CIV S-06-1869 MCE DAD P

    vs.

WARDEN FRISCO, et al.,

    Respondents.              ORDER

_____/

        Examination of this action and the court's records reveals that the petition for writ of habeas corpus in this case was filed in this court on June 14, 2006, and was transferred to the United States District Court for the Northern District of California on July 20, 2006.[1] (See Case No. CIV S-06-1309 GEB PAN P.) The Northern District court has transferred the case back to the Eastern District of California on the ground that the district of confinement is the preferable forum for the claims alleged by petitioner.

        Good cause appearing, IT IS HEREBY ORDERED that:

        1. The Clerk of the Court is directed to reopen case number CIV S-06-1309 GEB PAN P and to transfer to that case all documents filed in this new action;

---

[1] A court may take judicial notice of court records. See MGIC Indem. Co. v. Weisman, 803 F.2d 500, 505 (9th Cir. 1986); United States v. Wilson, 631 F.2d 118, 119 (9th Cir. 1980).

1

1      2. The Clerk of the Court shall close this action; and

2      3. Unless instructed otherwise by subsequent order of the court, the caption on

3 documents filed in petitioner's habeas action shall be shown as No. CIV S-06-1309 GEB PAN P.

4 DATED: August 28, 2006.

```
                                    /s/ Dale A. Drozd
                                    DALE A. DROZD
                                    UNITED STATES MAGISTRATE JUDGE
```

DAD:13
will1869.reo